Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

### District of Massachusetts

FILED
IN CLERKS OFFICE

2020 JUN 24  PM 3: 47

US. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| Nichola Forrester<br>_____<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br>Brigham & Women's Hospital<br>_____<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. _____
        *(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*   ☐ Yes   ☑ No

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Nichola Forrester |
   | Street Address | 400 Blue Hill Avenue |
   | City and County | Milton/MASS 02186 |
   | State and Zip Code | MASS 02186 |
   | Telephone Number | 617-980-3974 |
   | E-mail Address | Nforrest@Gmail.com |

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 1**

Name                                    Brigham & Women's Hospital

Job or Title *(if known)*               Hospital

Street Address                          75 Francis Street

City and County                         Boston

State and Zip Code                      MASS 02186

Telephone Number                        617-732-5500

E-mail Address *(if known)*             N/A

**Defendant No. 2**

Name                                    Aaron Workman MD

Job or Title *(if known)*               Doctor

Street Address                          75 Francis Street

City and County                         Boston

State and Zip Code                      MASS 02115

Telephone Number                        617-732-5500

E-mail Address *(if known)*

**Defendant No. 3**

Name                                    Loni Lawyer

Job or Title *(if known)*               Nurse

Street Address                          75 Francis Street

City and County                         Boston

State and Zip Code                      MASS 02186

Telephone Number                        617-732-5500

E-mail Address *(if known)*             N/A

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Discrimination and Harassment*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Nichola Forrester , is a citizen of the State of *(name)* Massachusetts .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Aaron Waxman, MD , is a citizen of the State of *(name)* Massachusetts . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

  b. If the defendant is a corporation

   The defendant, *(name)* _Lawler / Loni_ , is incorporated under

   the laws of the State of *(name)* _Massachusetts_ , and has its

   principal place of business in the State of *(name)* _____

   Or is incorporated under the laws of *(foreign nation)* _____

   and has its principal place of business in *(name)* _____

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

  The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_Sexual harassment and Discrimination_

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_I am asking the Court to get Involve and stop the Harassment and Discrimination at work and Public places - Tangering and following._

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

*Act 10ns Include Constant Intimidation*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   *1-23-2020*

Signature of Plaintiff        *Nichola Forrester*
Printed Name of Plaintiff    *Nichola Forrester*

### B.   For Attorneys

Date of signing:   *1-23-2020*

Signature of Attorney       *Nichola Forrester*
Printed Name of Attorney   *Nichola Forrester*
Bar Number
Name of Law Firm
Street Address                *400 Blue Hill Avenue, Milton*
State and Zip Code          *MA 02186*
Telephone Number         *612 980-3974*
E-mail Address               *Nforrester@gmail.com*